# Court of Appeals
# of the State of Georgia

ATLANTA, December 2, 2020

*The Court of Appeals hereby passes the following order:*

## A21E0016. COOTE v. COOTE.

Pursuant to Court of Appeals Rule 40 (b), Kathy Coote has filed an emergency motion requesting a forty-five (45) day extension of time to file an application for discretionary appeal in this matter. According to Coote, the extension is necessary to give the court reporter time to prepare a transcript of the trial proceedings. Coote's motion is hereby GRANTED for thirty (30) days. Coote shall file her application for discretionary appeal no later than January 11, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 2, 2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*